■ JOHN J. PEASLEY, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 66889.) — Appeal from an order of the Court of Claims (Koreman, P. J.), entered April 8, 1983, which denied claimant's cross motion for summary judgment and granted the State's motion to dismiss the claim. The claim was properly dismissed for the reason that Supreme Court is the proper forum to hear claimant's complaint (see *Matter of Peasley v Flacke,* 98 AD2d 915). Order affirmed, without costs. Sweeney, J. P., Kane, Main, Mikoll and Yesawich, Jr., JJ., concur. [118 Misc 2d 827.]